Lawrence Merle BRUNO, Petitioner–Appellant,

v.

Colie L. RUSHTON; Charles M. Condon, Attorney General of South Carolina, Respondents–Appellees.

No. 02–7928.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2003.

Decided March 27, 2003.

Lawrence Merle Bruno, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lawrence Merle Bruno seeks to appeal the district court's order following the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Bruno has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*